1  ELIZABETH A. STRANGE
   First Assistant United States Attorney
2  District of Arizona
   Angela W. Woolridge
3  Assistant U.S. Attorney
   Arizona State Bar No. 022079
4  United States Courthouse
   405 W. Congress Street, Suite 4800
5  Tucson, Arizona 85701
   Telephone: 520-620-7300
6  Email: angela.woolridge@usdoj.gov
   Attorneys for Plaintiff

FILED

2018 AUG 22  PM 4: 00

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

RM(BGM)

CR18 - 1682TUC

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE DISTRICT OF ARIZONA

10  United States of America,              I N D I C T M E N T

11                   Plaintiff,     Violations:

12        vs.                       18 U.S.C. § 554(a)
                                    (Smuggling Goods from United States)
13  Jesus Andres Islava,            Count 14

14                   Defendant.     18 U.S.C. §§ 922(a)(6) and 924(a)(2)
                                    (False Statements in Connection with
15                                  Acquisition of Firearm)
                                    Counts 1-13
16
                                    18 USC § 924(d) and 28 USC § 2461(c)
17                                  (Forfeiture)

18  **THE GRAND JURY CHARGES:**

19                        **COUNT 1**

20        On or about November 24, 2017, at or near Green Valley, in the District of Arizona,

21  Jesus Andres ISLAVA, in connection with the acquisition of a firearm, that is; one

22  Remington, model 1911, .45 ACP caliber pistol, serial number RHH044802; from

23  Sahuarita Guns, a licensed dealer of firearms within the meaning of Chapter 44, Title 18,

24  United States Code; did knowingly make a false and fictitious written statement to

25  Sahuarita Guns, which statement was intended to deceive Sahuarita Guns as to a fact

26  material to the lawfulness of such sale of said firearm to ISLAVA under Chapter 44, Title

27  18, United States Code; in that ISLAVA stated that he was the actual transferee/buyer of

28

1 said firearm, when in fact he was purchasing it on behalf of another individual; in violation

2 of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

3 **COUNT 2**

4 On or about March 14, 2018, at or near Green Valley, in the District of Arizona,

5 Jesus Andres ISLAVA, in connection with the acquisition of a firearm, that is; one Beretta,

6 model 92FS-22, .22LR caliber pistol, serial number BM029776; from Sahuarita Guns, a

7 licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code;

8 did knowingly make a false and fictitious written statement to Sahuarita Guns, which

9 statement was intended to deceive Sahuarita Guns as to a fact material to the lawfulness of

10 such sale of said firearm to ISLAVA under Chapter 44, Title 18, United States Code; in

11 that ISLAVA stated that he was the actual transferee/buyer of said firearm, when in fact he

12 was purchasing it on behalf of another individual; in violation of Title 18, United States

13 Code, Sections 922(a)(6) and 924(a)(2).

14 **COUNT 3**

15 On or about March 17, 2018, at or near Green Valley, in the District of Arizona,

16 Jesus Andres ISLAVA, in connection with the acquisition of a firearm, that is; one Beretta,

17 model 92FS, 9mm caliber pistol, serial number A145839Z; from Sahuarita Guns, a licensed

18 dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did

19 knowingly make a false and fictitious written statement to Sahuarita Guns, which statement

20 was intended to deceive Sahuarita Guns as to a fact material to the lawfulness of such sale

21 of said firearm to ISLAVA under Chapter 44, Title 18, United States Code; in that ISLAVA

22 stated that he was the actual transferee/buyer of said firearm, when in fact he was

23 purchasing it on behalf of another individual; in violation of Title 18, United States Code,

24 Sections 922(a)(6) and 924(a)(2).

25 **COUNT 4**

26 On or about March 20, 2018, at or near Tucson, in the District of Arizona, Jesus

27 Andres ISLAVA, in connection with the acquisition of firearms, that is; one Bersa/Grand

28 Power, model CP380, .380 Auto caliber pistol, serial number GBA4015; one Glock, model

17, 9mm caliber pistol, serial number BFPY608; one Browning, model Buck Mark, .22LR caliber pistol, serial number 515ZP06308; and one Remington, model 1911R1, .45 ACP caliber pistol, serial number RHH046805; from Sahuarita Guns, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Sahuarita Guns, which statement was intended to deceive Sahuarita Guns as to a fact material to the lawfulness of such sale of said firearms to ISLAVA under Chapter 44, Title 18, United States Code; in that ISLAVA stated that he was the actual transferee/buyer of said firearms, when in fact he was purchasing them on behalf of another individual; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 5**

On or about March 24, 2018, at or near Green Valley, in the District of Arizona, Jesus Andres ISLAVA, in connection with the acquisition of a firearm, that is; one Beretta, model 92, 9mm caliber pistol, serial number M84971Z; from Sahuarita Guns, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Sahuarita Guns, which statement was intended to deceive Sahuarita Guns as to a fact material to the lawfulness of such sale of said firearm to ISLAVA under Chapter 44, Title 18, United States Code; in that ISLAVA stated that he was the actual transferee/buyer of said firearm, when in fact he was purchasing it on behalf of another individual; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 6**

On or about April 5, 2018, at or near Green Valley, in the District of Arizona, Jesus Andres ISLAVA, in connection with the acquisition of a firearm, that is; one Beretta, model 85FS, .380 Auto caliber pistol, serial number F49834Y; from Sahuarita Guns, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Sahuarita Guns, which statement was intended to deceive Sahuarita Guns as to a fact material to the lawfulness of such sale

of said firearm to ISLAVA under Chapter 44, Title 18, United States Code; in that ISLAVA stated that he was the actual transferee/buyer of said firearm, when in fact he was purchasing it on behalf of another individual; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 7

On or about April 14, 2018, at or near Green Valley, in the District of Arizona, Jesus Andres ISLAVA, in connection with the acquisition of a firearm, that is; one Beretta, model M922, .22LR caliber pistol, serial number BM023553; from Sahuarita Guns, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Sahuarita Guns, which statement was intended to deceive Sahuarita Guns as to a fact material to the lawfulness of such sale of said firearm to ISLAVA under Chapter 44, Title 18, United States Code; in that ISLAVA stated that he was the actual transferee/buyer of said firearm, when in fact he was purchasing it on behalf of another individual; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 8

On or about April 28, 2018, at or near Green Valley, in the District of Arizona, Jesus Andres ISLAVA, in connection with the acquisition of a firearm, that is; one Glock, model G42, .380 Auto caliber pistol, serial number ACUE677; from Sahuarita Guns, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Sahuarita Guns, which statement was intended to deceive Sahuarita Guns as to a fact material to the lawfulness of such sale of said firearm to ISLAVA under Chapter 44, Title 18, United States Code; in that ISLAVA stated that he was the actual transferee/buyer of said firearm, when in fact he was purchasing it on behalf of another individual; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

/ / /

1

### COUNT 9

2       On or about May 2, 2018, at or near Green Valley, in the District of Arizona, Jesus

3   Andres ISLAVA, in connection with the acquisition of a firearm, that is; one Beretta, model

4   92FS, 9mm caliber pistol, serial number A154234Z; from Sahuarita Guns, a licensed dealer

5   of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly

6   make a false and fictitious written statement to Sahuarita Guns, which statement was

7   intended to deceive Sahuarita Guns as to a fact material to the lawfulness of such sale of

8   said firearm to ISLAVA under Chapter 44, Title 18, United States Code; in that ISLAVA

9   stated that he was the actual transferee/buyer of said firearm, when in fact he was

10  purchasing it on behalf of another individual; in violation of Title 18, United States Code,

11  Sections 922(a)(6) and 924(a)(2).

12

### COUNT 10

13      On or about May 17, 2018, at or near Green Valley, in the District of Arizona, Jesus

14  Andres ISLAVA, in connection with the acquisition of firearms, that is; one German Sports

15  Guns, model GSG-1911, .22LR caliber pistol, serial number A781279; and one Beretta,

16  model M9, 9mm caliber pistol, serial number M9-213687; from Sahuarita Guns, a licensed

17  dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did

18  knowingly make a false and fictitious written statement to Sahuarita Guns, which statement

19  was intended to deceive Sahuarita Guns as to a fact material to the lawfulness of such sale

20  of said firearms to ISLAVA under Chapter 44, Title 18, United States Code; in that

21  ISLAVA stated that he was the actual transferee/buyer of said firearms, when in fact he

22  was purchasing them on behalf of another individual; in violation of Title 18, United States

23  Code, Sections 922(a)(6) and 924(a)(2).

24

### COUNT 11

25      On or about May 24, 2018, at or near Green Valley, in the District of Arizona, Jesus

26  Andres ISLAVA, in connection with the acquisition of a firearm, that is; one Browning,

27  model 1911-380, .380 Auto caliber pistol, serial number 51HZR09164; from Sahuarita

28  Guns, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United

1  States Code; did knowingly make a false and fictitious written statement to Sahuarita Guns,

2  which statement was intended to deceive Sahuarita Guns as to a fact material to the

3  lawfulness of such sale of said firearm to ISLAVA under Chapter 44, Title 18, United

4  States Code; in that ISLAVA stated that he was the actual transferee/buyer of said firearm,

5  when in fact he was purchasing it on behalf of another individual; in violation of Title 18,

6  United States Code, Sections 922(a)(6) and 924(a)(2).

7  **COUNT 12**

8  On or about June 14, 2018, at or near Green Valley, in the District of Arizona, Jesus

9  Andres ISLAVA, in connection with the acquisition of firearms, that is; five German Sports

10  Guns, model GSG-1911, .22LR caliber pistols, serial numbers A779140, A780124,

11  A782102, A782103, and A781444; one Beretta, model 92FS, 9mm caliber pistol, serial

12  number A171877Z, and one Chiappa, model 1911-22, .22LR caliber pistol, serial number

13  17P03015; from Sahuarita Guns, a licensed dealer of firearms within the meaning of

14  Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written

15  statement to Sahuarita Guns, which statement was intended to deceive Sahuarita Guns as

16  to a fact material to the lawfulness of such sale of said firearms to ISLAVA under Chapter

17  44, Title 18, United States Code; in that ISLAVA stated that he was the actual

18  transferee/buyer of said firearms, when in fact he was purchasing them on behalf of another

19  individual; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

20  **COUNT 13**

21  On or about July 13, 2018, at or near Green Valley, in the District of Arizona, Jesus

22  Andres ISLAVA, in connection with the acquisition of a firearm, that is; one German

23  Sports Guns, model GSG-1911, .22LR pistol, serial number A786293; from Sahuarita

24  Guns, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United

25  States Code; did knowingly make a false and fictitious written statement to Sahuarita Guns,

26  which statement was intended to deceive Sahuarita Guns as to a fact material to the

27  lawfulness of such sale of said firearm to ISLAVA under Chapter 44, Title 18, United

28  States Code; in that ISLAVA stated that he was the actual transferee/buyer of said firearm,

1    when in fact he was purchasing it on behalf of another individual; in violation of Title 18,

2    United States Code, Sections 922(a)(6) and 924(a)(2).

3                                              **COUNT 14**

4          Between on or about November 2017 and July 2018, at or near Nogales, Green

5    Valley, and elsewhere within the District of Arizona, Jesus Andres ISLAVA knowingly

6    exported and sent from the United States, and attempted to export and send from the United

7    States, any merchandise, article, or object contrary to any law or regulation of the United

8    States, and received, concealed, bought, sold, and in any manner facilitated the

9    transportation, concealment, and sale of such merchandise, article or object, to wit: twenty-

10   five firearms, including two .45 ACP caliber pistols, thirteen .22 LR caliber pistols, six

11   9mm caliber pistols, and four .380 Auto caliber pistols; knowing the same to be intended

12   for exportation contrary to any law or regulation of the United States, to wit: Title 22,

13   United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and

14   Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States

15   Code, Section 554(a).

16                                  **FORFEITURE ALLEGATION**

17         Upon conviction of Counts One through Fourteen of the Indictment, the defendant,

18   Jesus Andres ISLAVA, shall forfeit to the United States pursuant to Title 18, United States

19   Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and

20   ammunition involved in the commission of the offense, including, but not limited to:

21   • Remington, model 1911, .45 ACP caliber pistol, serial number RHH044802

22   • Beretta, model 92FS-22, .22LR caliber pistol, serial number BM029776

23   • Beretta, model 92FS, 9mm caliber pistol, serial number A145839Z

24   • Bersa/Grand Power, model CP380, .380 Auto caliber pistol, serial number
       GBA4015
25
26   • Glock, model 17, 9mm caliber pistol, serial number BFPY608

27   • Browning, model Buck Mark, .22LR caliber pistol, serial number 515ZP06308

28   • Remington, model 1911R1, .45 ACP caliber pistol, serial number RHH046805

- Beretta, model 92, 9mm caliber pistol, serial number M84971Z

- Beretta, model 85FS, .380 Auto caliber pistol, serial number F49834Y

- Beretta, model M922, .22LR caliber pistol, serial number BM023553

- Glock, model G42, .380 Auto caliber pistol, serial number ACUE677

- Beretta, model 92FS, 9mm caliber pistol, serial number A154234Z

- German Sports Guns, model GSG-1911, .22LR caliber pistol, serial number A781279

- Beretta, model M9, 9mm caliber pistol, serial number M9-213687

- Browning, model 1911-380, .380 Auto caliber pistol, serial number 51HZR09164

- German Sports Guns, model GSG-1911, .22LR caliber pistol, serial number A779140

- German Sports Guns, model GSG-1911, .22LR caliber pistol, serial number A780124

- German Sports Guns, model GSG-1911, .22LR caliber pistol, serial number A782102

- German Sports Guns, model GSG-1911, .22LR caliber pistol, serial number A782103

- German Sports Guns, model GSG-1911, .22LR caliber pistol, serial number A781444

- Beretta, model 92FS, 9mm caliber pistol, serial number A171877Z

- Chiappa, model 1911-22, .22LR caliber pistol, serial number 17P03015

- German Sports Guns, model GSG-1911, model 1911, .22LR pistol, serial number A786293

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said

1  defendant up to the value of the above forfeitable property, including, but not limited to,

2  all property, both real and personal, owned by the defendant.

3      All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States

4  Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

5

6                                    A TRUE BILL

7                                    /S/

8                                    _____
                                     Presiding Juror

9  ELIZABETH A. STRANGE
   First Assistant United States Attorney
10 District of Arizona

11     /S/

12 Assistant United States Attorney

13  Dated:   August 22, 2018

14

15

16

17                          REDACTED FOR
                            PUBLIC DISCLOSURE
18

19

20

21

22

23

24

25

26

27

28